UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA, UAW,

    Plaintiff,

                                                                 Case No. 10-11366
-vs-                                                     Hon: AVERN COHN

GENERAL MOTORS LLC,

    Defendant.
_____/

## SCHEDULING ORDER

This is a case under § 301 of the Labor Management Relations Act, 29 U.S.C. § 185. Plaintiff, International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America, claims that defendant, General Motors LLC, has failed to honor its obligation to make a specified payment into the UAW Defined Contribution Voluntary Employees' Beneficiary Association.

On October 18, 2011, the Court held a status conference. This order memorializes the matters directions the Court gave at the conference.

    1.    Within thirty (30) days the parties shall file with the Court a list of the several agreements implicated in this case, together with copies of the agreements and the relevant portions highlighted.

    2.    Within thirty (30) days thereafter, the parties shall file a stipulation of the basis for plaintiff's claim and defendant's affirmative defense in separately

numbered paragraphs.  The parties shall also identify any differences they have in separately numbered paragraphs.

3. No discovery shall take place prior to these filings.  After these filings, any discovery request should be made by letter to opposing counsel with a copy to the Court.  Opposing counsel should respond to the request by letter with a copy to the Court.  If the parties cannot resolve any differences they have, they should arrange for a conference call with the Court.

SO ORDERED.

           S/Avern Cohn  
           AVERN COHN  
           UNITED STATES DISTRICT JUDGE

Dated:  October 19, 2011

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 19, 2011, by electronic and/or ordinary mail.

           S/Julie Owens  
           Case Manager, (313) 234-5160