IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GENERAL MOTORS LLC,<br><br>　　　　　Defendant. | 2:10-cv-11366-AC-MJH<br><br><br>**Honorable Avern Cohn**<br>**Magistrate Judge Michael Hluchaniuk** |

### NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSE (DKT #13)

Plaintiff International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America ("UAW") hereby withdraws its Motion to Strike Affirmative Defense of Lack of Subject Matter Jurisdiction (Dkt #13).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Jeffrey D. Sodko (P65076)　　　　　/s/ ANDREW D. ROTH_____
jsodko@uaw.net　　　　　　　　　　Andrew D. Roth (DC Bar 414038)
**Associate General Counsel,**　　　　aroth@bredhoff.com
**International Union, UAW**　　　　　Ramya Ravindran (DC Bar 980728)
8000 East Jefferson Avenue　　　　　rravindran@bredhoff.com
Detroit, MI 48214　　　　　　　　　**Bredhoff & Kaiser, PLLC**
(313) 926-5216　　　　　　　　　　805 Fifteenth Street, N.W., Suite 1000
　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　(202) 842-2600

Dated:  October 19, 2011　　　　　　*Counsel for Plaintiff UAW*

1

## CERTIFICATE OF SERVICE

 I hereby certify that on October 19, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Robert S. Walker
rswalker@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

Edward W. Risko
edward.w.risko@gm.com
GENERAL MOTORS LLC
300 Renaissance Center
Detroit, Michigan 48265

        /s/ ANDREW D. ROTH
        Andrew D. Roth (DC Bar 414038)
        **Bredhoff & Kaiser, PLLC**
        805 Fifteenth Street, N.W., Suite 1000
        Washington, DC 20005
        (202) 842-2600
        aroth@bredhoff.com