IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, | 2:10-cv-11366-AC-MJH |
| Plaintiff, | |
| v. | Honorable Avern Cohn |
| | Magistrate Judge Michael Hluchaniuk |
| GENERAL MOTORS LLC, | |
| Defendant. | |

STIPULATED AMENDED CASE SCHEDULING ORDER

This matter having been presented to the Court by agreement and the joint submission of

Plaintiff International Union, United Automobile, Aerospace, and Agricultural Implement

Workers of America ("UAW") and Defendant General Motors, LLC ("General Motors"), and for

good cause shown, it is hereby ORDERED that:

1.      Document and deposition fact discovery shall be extended through June 27, 2012.

2.      Paragraphs 2a.–c. of the Amendment to Scheduling Order in this action (Doc. 21)

are modified to conform with this Amended Case Scheduling Order.

3.      Following the conclusion of the fact discovery period, the Court shall hold a

status conference to address further scheduling issues including motion practice.

DATED:  February 16, 2012          s/Avern  Cohn
                                   Honorable Avern Cohn
                                   United States District Judge

AGREED:

DATED: February 15, 2012

By: /s/  Andrew D. Roth
Andrew D. Roth (DC Bar 414038)
aroth@bredhoff.com
Ramya Ravindran (DC Bar 980728)
rravindran@bredhoff.com
Bredhoff & Kaiser, PLLC
805 Fifteenth Street, N.W., Suite 1000
Washington, D.C.  20005
(202) 842-2600

Jeffrey D. Sodko (P65076)
jsodko@uaw.net
Associate General Counsel,
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan  48214
(313) 926-5216

Counsel For Plaintiff UAW


By: /s/  Robert S. Walker
Robert S. Walker (0005840)
*(Admitted to E.D. Mich. 08/18/93)*
rswalker@jonesday.com
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
Telephone (216) 586-3939
Facsimile (216) 579-0212

Edward W. Risko (Michigan Bar No. P36699)
edward.w.risko@gm.com
General Motors, LLC
300 Renaissance Center
Detroit, Michigan  48265
Telephone:  313-665-4920
Facsimile:   248-267-4268

Counsel For Defendant
General Motors, LLC