UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

International Union, United
Automobile, Aerospace and
Agricultural Implement Workers
of America, UAW,

           Plaintiff(s),

v.

    Case No. 2:10−cv−11366−AC−MJH
    Hon. Avern Cohn

General Motors LLC,

           Defendant(s).

**NOTICE TO APPEAR**

You are hereby notified to appear before the Honorable Avern Cohn, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  July 17, 2012 at 02:00 PM

**Certification**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

           By: s/ J. Owens
                 Case Manager

Dated:   February 16, 2012