UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, UAW,

        Plaintiff(s),

v.

GENERAL MOTORS, LLC,

        Defendant(s).
_____/

CASE NO. 10-11366

HONORABLE AVERN COHN

## SCHEDULING ORDER NO. 2

This case involves a dispute over the $450 million payment referenced in the Memorandum of Understanding of June 22, 2007 entered into by plaintiff, General Motors Corporation and Delphi Corporation. On September 20, 2012 the Court held a status conference to chart the future course of the case. This scheduling order reflects the Court's direction to the parties at the conference.

1. Plaintiff is to file on or before November 15, 2012 a motion for summary judgment.

2. Defendant shall file its response within 30 days following the plaintiff's filing.

3. Plaintiff may file a reply within 15 days thereafter.

4. Defendant may file a sur-reply within 5 days thereafter.

5. The Court will hold status conference by telephone immediately following the filing of plaintiff's motion.

      6.      The Court's Motion Practice Guidelines are attached.

SO ORDERED.

Dated: September 21, 2012        s/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 21, 2012, by electronic and/or ordinary mail.

                                            s/Julie Owens
                                            Case Manager
                                            (313) 234-5160