IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>**GENERAL MOTORS LLC,**<br><br>              Defendant. | 2:10-cv-11366-AC-MJH<br><br>**Honorable Avern Cohn**<br>**Magistrate Judge Michael Hluchaniuk** |

## CONSENT MOTION TO STRIKE DOCKET ENTRY 35

Plaintiff International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") respectfully requests that the Court strike from the public docket the redacted version of the UAW's Statement of Materials Facts Not Genuinely in Dispute (Dkt. No. 35). In support of this Motion, the UAW states as follows:

1. On November 15, 2012, Plaintiff filed a Motion for Summary Judgment (Dkt. No. 33).

2. In connection with its Motion for Summary Judgment, Plaintiff also filed a Statement of Material Facts Not Genuinely in Dispute ("SMF"). Because the SMF contained material covered by the Stipulated Confidentiality Protective Order, the SMF was filed under seal (Dkt. No. 36).

3. Plaintiff also filed a redacted version of the SMF in the public record (Dkt. No. 35).

1

4. Plaintiff has since learned that the redacted version of the SMF contains an error. This error is not duplicated in the sealed version of the SMF. Plaintiff also understands that a redacted version of the SMF was unnecessary and need not have been filed.

5. Accordingly, Plaintiff requests that the redacted SMF that appears at Docket No. 35 be stricken from the record it its entirety.

6. Undersigned counsel spoke with Defendant's counsel Johanna F. Parker by telephone on November 19, 2012. Ms. Parker stated that Defendant consents to the relief sought in this Motion.

Respectfully submitted,

/s/ RAMYA RAVINDRAN

| | |
|---|---|
| Jeffrey D. Sodko (P65076) | Andrew D. Roth (DC Bar 414038) |
| jsodko@uaw.net | aroth@bredhoff.com |
| Associate General Counsel, | Ramya Ravindran (DC Bar 980728) |
| International Union, UAW | rravindran@bredhoff.com |
| 8000 East Jefferson Avenue | W. Gary Kohlman (DC Bar 177527) |
| Detroit, Michigan 48214 | gkohlman@bredhoff.com |
| Telephone: (313) 926-5216 | BREDHOFF & KAISER, PLLC |
| Facsimile: (313) 926-5240 | 805 Fifteenth Street, N.W., Suite 1000 |
| | Washington, D.C. 20005 |
| | Telephone: (202) 842-2600 |
| | Facsimile: (202) 841-1888 |
| Dated: November 19, 2012 | *Counsel for Plaintiff UAW* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2012, I electronically filed the above Consent Motion to Strike Docket Entry 35 with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Robert S. Walker
Email: rswalker@jonesday.com
Jones Day
North Point,   901 Lakeside Avenue
Cleveland, Ohio 44114

Johanna F. Parker
Email: jfparker@jonesday.com
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, OH 44114-1190

Edward W. Risko
Email: edward.w.risko@gm.com
General Motors Corporation
Legal Staff
300 Renaissance Center
Suite MC 482-C24-C66
Detroit, MI 48265-3000

A copy of the proposed order has been sent to the parties above via electronic mail.

/s/ RAMYA RAVINDRAN
Ramya Ravindran (DC Bar 980728)
**Bredhoff & Kaiser, PLLC**
805 Fifteenth Street, N.W., Suite 1000
Washington, DC 20005
(202) 842-2600
Email: rravindran@bredhoff.com