UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | 2:10-cv-11366-AC-MJH <br><br><br><br><br><br> Honorable Avern Cohn |

INDEX OF GENERAL MOTORS LLC'S EXHIBITS

General Motors LLC ("New GM") has added highlighting to the following exhibits submitted by the UAW with their Motion For Summary Judgment. To avoid confusion, provisions previously highlighted by the UAW are colored yellow, provisions highlighted by New GM are colored blue, while any provisions highlighted by both parties have been colored green.

| EXHIBIT | DESCRIPTION |
|---|---|
| 2 | UAW-Delphi-GM Memorandum of Understanding – Delphi Restructuring dated June 22, 2007 |
| 6 | UAW-Delphi-GM Implementation Agreement Regarding 414(l) Transfers, Implementation of Term Sheet, Delphi Pension Freeze and Cessation of OPEB, and Application of Releases dated September 26, 2008 |
| 7 | Memorandum of Understanding – Delphi Keep Sites dated May 16, 2009 |
| 9 | 2009 UAW Retiree Settlement Agreement between the UAW and New GM |
| 12 | Letter sent by the UAW to New GM on October 29, 2009 |

CLI-2058545

New GM also submits the following exhibits:

| EXHIBIT | DESCRIPTION |
|---|---|
| 25 | Declaration of Johanna Fabrizio Parker dated December 17, 2012 |
| 26 | Master Restructuring Agreement Between Delphi Corporation And General Motors Corporation dated September 6, 2007, as amended December 7, 2007 |
| 27* | Excerpt from deposition of Daniel Sherrick, taken July 10, 2012<br><br>*Filed under seal pursuant to the Stipulated Confidentiality Protective Order |
| 27-1* | Sherrick Deposition Exhibit 6, GM – UAW Independent Trust Proposal<br><br>*Filed under seal pursuant to the Stipulated Confidentiality Protective Order |
| 27-2* | Sherrick Deposition Exhibit 15, E-mail from Daniel Sherrick to Beth Sax and Francis Jaworski<br><br>*Filed under seal pursuant to the Stipulated Confidentiality Protective Order |
| 28* | Excerpt from deposition of Frederick Henderson, taken July 27, 2012<br><br>*Filed under seal pursuant to the Stipulated Confidentiality Protective Order |
| 29* | Excerpt from deposition of Francis Jaworski, taken September 4, 2012<br><br>*Filed under seal pursuant to the Stipulated Confidentiality Protective Order |
| 30* | Excerpt from deposition of Ronald Gettelfinger, taken June 27, 2012<br><br>*Filed under seal pursuant to the Stipulated Confidentiality Protective Order |
| 31 | Excerpt from deposition of David Curson, taken May 25, 2012 |
| 31-1 | Curson Deposition Exhibit 2, UAW Retiree Settlement Agreement between the UAW and Chrysler |
| 31-2 | Curson Deposition Exhibit 5, UAW Retiree Settlement Agreement between the UAW and Ford |
| 31-3 | Curson Deposition Exhibit 6, Declaration of David Curson dated June 25, 2009 |
| 32 | Excerpt from Order (I) Authorizing Sale Of Assets Pursuant To Amended And Restated Sale And Purchase Agreement With NGMCO, Inc., A U.S. Treasury-Sponsored Purchaser; (II) Authorizing Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases In Connection With The Sale; And (III) Granting Related Relief in the matter *In re General Motors Corp., et al.*, Case No. 09-50026 (S.D.N.Y.) |
| 33* | Excerpt from deposition of Andrew Yearly, taken on September 12, 2012<br><br>*Filed under seal pursuant to the Stipulated Confidentiality Protective Order |
| 33-1* | Yearly Deposition Exhibit 2, Declaration of Andrew Yearly dated October 16, 2009<br><br>*Filed under seal pursuant to the Stipulated Confidentiality Protective Order |

CLI-2058545

| EXHIBIT | DESCRIPTION |
|---|---|
| 33-2* | Yearly Deposition Exhibit 18, May 18, 2009 presentation<br><br>*Filed under seal pursuant to the Stipulated Confidentiality Protective Order |
| 33-3* | Yearly Deposition Exhibit 19, UAW Proposal dated May 19, 2009<br><br>*Filed under seal pursuant to the Stipulated Confidentiality Protective Order |
| 34 | Amended and Restated Master Restructuring Agreement Between Delphi Corporation And General Motors Corporation dated September 12, 2008 |
| 35 | Excerpt from deposition of Calvin Rapson, taken June 6, 2012 |
| 36* | Excerpt from deposition of Diana Tremblay, taken June 12, 2012<br><br>*Filed under seal pursuant to the Stipulated Confidentiality Protective Order |
| 37 | Loan And Security Agreement By And Between The Borrower Listed On Appendix A As Borrower And The United States Department Of The Treasury As Lender, dated December 31, 2008 |
| 38 | Supplemental Statement Of The International Union, United Automobile, Aerospace, And Agricultural Implement Workers Union Of America, AFL-CIO In Support Of Motion Of The Debtors To Approve The Sale Pursuant To The Master Sale And Purchase Agreement With Vehicle Acquisition Holdings, LLC; Assumption And Assignment Of Certain Executory Contracts; And Other Relief; And Response To Individual Retiree Statements Concerning Approval Of UAW Retiree Settlement Agreement filed in the matter *In re General Motors Corp., et al.,* Case No. 09-50026 (S.D.N.Y.) |
| 39 | Excerpt from the UAW's Memorandum Of Law Concerning Jurisdiction Over Motion Of General Motors LLC To Enforce The Sale Order filed in the matter *In re General Motors Corp., et al.,* Case No. 09-50026 (S.D.N.Y.) |
| 40 | Excerpt from the transcript of the June 30, 2009 sale hearing in the matter *In re General Motors Corp., et al.,* Case No. 09-50026 (S.D.N.Y.) |
| 41 | Excerpt from the transcript of the July 1, 2009 sale hearing in the matter *In re General Motors Corp., et al.,* Case No. 09-50026 (S.D.N.Y.) |
| 42 | Excerpt from the transcript of the July 2, 2009 sale hearing in the matter *In re General Motors Corp., et al.,* Case No. 09-50026 (S.D.N.Y.) |
| 43 | Notice Of Filing Of Exhibits Offered Into Evidence At Hearing To Consider Debtors' Motion To Approve The Sale Pursuant To The Amended And Restated Master Sale And Purchase Agreement filed in the matter *In re General Motors Corp., et al.,* Case No. 09-50026 (S.D.N.Y.) |
| 44* | Bondholders' Exhibit 3, introduced into evidence at the sale hearing on June 30, July 1, and July 2, 2009 in the matter *In re General Motors Corp., et al.,* Case No. 09-50026 (S.D.N.Y.)<br><br>*Filed under seal pursuant to the Stipulated Confidentiality Protective Order |

| EXHIBIT | DESCRIPTION |
|---|---|
| 45 | Response Of The International Union, United Automobile, Aerospace And Agricultural Implement Workers Of America, AFL-CIO To Objections To Debtors' Motion For An Order Authorizing The Sale Of Substantially All Of The Debtors' Assets And Other Relief filed in the matter *In re General Motors Corp., et al.,* Case No. 09-50026 (S.D.N.Y.) |
| 46 | Excerpt from the 10-K for the fiscal year ending December 31, 2007 filed by Delphi Corporation on February 19, 2008 |

Dated:  December 17, 2012                                   Respectfully submitted,


  /s/ Johanna Fabrizio Parker_____

Edward W. Risko (P36699)                            Robert S. Walker (Ohio Bar No. 0005840)
edward.w.risko@gm.com                               *(Admitted to E.D. Michigan 08/18/93)*
General Motors                                      rswalker@jonesday.com
Legal Staff                                         Johanna Fabrizio Parker (Ohio Bar No. 0071236)
300 Renaissance Center                              *(Admitted to E.D. Michigan 09/20/12)*
Suite MC 482-C24-C66                                jfparker@jonesday.com
Detroit, Michigan 48265-3000                        JONES DAY
                                                    North Point
                                                    901 Lakeside Avenue
                                                    Cleveland, Ohio 44114-1190
                                                    Telephone: 216-586-3939
                                                    Facsimile: 216-579-0212

                                                    *Counsel for Defendant General Motors  LLC*

CLI-2058545                                              4

CERTIFICATE OF SERVICE

    I hereby certify that, on December 17, 2012, I electronically filed the foregoing Index of Defendant General Motors LLC's Exhibits regarding its Memorandum of Law in Opposition to Plaintiff UAW's Motion for Summary Judgment and in Support of General Motors LLC's Motion for Summary Judgment with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: W. Gary Kohlman, Andrew D. Roth, and Ramya Ravindran, Bredhoff & Kaiser P.L.L.C., 805 15th Street N.W., Suite 1000, Washington, D.C. 20005.  I also will send a copy of any exhibits filed under seal, via regular U.S. mail to UAW counsel on this 17th day of December 2012.

                                                  /s/ Johanna Fabrizio Parker
                                                  *Counsel for Defendant General Motors LLC*