IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**GENERAL MOTORS LLC,**<br><br>Defendant. | 2:10-cv-11366-AC-MJH<br><br>**Honorable Avern Cohn**<br>**Magistrate Judge Michael Hluchaniuk** |

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| 47 | Supplemental Declaration of Ramya Ravindran in Support of Plaintiff's Motion for Summary Judgment |
| 48 | Deposition of David Curson taken on May 25, 2012<br><br>* This exhibit is being filed under seal pursuant to ¶ 7 of the Stipulated Confidentiality Protective Order (Dkt No. 23) because it contains material designated confidential. |
| 49 | Rule 30(b)(6) Deposition of Blackstone Advisory Partners taken on September 13, 2012<br><br>* This exhibit is being filed under seal pursuant to ¶ 7 of the Stipulated Confidentiality Protective Order (Dkt No. 23) because it contains material designated confidential. |
| 50 | Deposition of Frederick Henderson taken on July 27, 2012<br><br>* This exhibit is being filed under seal pursuant to ¶ 7 of the Stipulated Confidentiality Protective Order (Dkt No. 23) because it contains material designated confidential. |
| 51 | Deposition of Francis S. Jaworski, Esq. taken on September 4, 2012<br><br>* This exhibit is being filed under seal pursuant to ¶ 7 of the Stipulated Confidentiality Protective Order (Dkt No. 23) because it contains material designated confidential. |

| EXHIBIT | DESCRIPTION |
|---|---|
| 52 | Deposition of Daniel Sherrick taken on July 10, 2012<br>* This exhibit is being filed under seal pursuant to ¶ 7 of the Stipulated Confidentiality Protective Order (Dkt No. 23) because it contains material designated confidential. |
| 53 | Deposition of Adil Mistry taken on October 17, 2012<br>* This exhibit is being filed under seal pursuant to ¶ 7 of the Stipulated Confidentiality Protective Order (Dkt No. 23) because it contains material designated confidential. |
| 54 | Excerpt of the Order (I) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (III) Granting Related Relief in the matter *In re General Motors Corp. et al.*, Case No. 09-50026. |
| 55 | Deposition of Calvin Rapson taken on June 6, 2012<br>* This exhibit is being filed under seal pursuant to ¶ 7 of the Stipulated Confidentiality Protective Order (Dkt No. 23) because it contains material designated confidential. |
| 56 | Deposition of Ronald Gettelfinger taken on June 27, 2012<br>* This exhibit is being filed under seal pursuant to ¶ 7 of the Stipulated Confidentiality Protective Order (Dkt No. 23) because it contains material designated confidential. |
| 57 | Press release by General Motors dated October 6, 2009 entitled "GM Statement on Delphi's Emergence from Bankruptcy and the Closing of the Components and Steering Transactions." |
| 58 | Deposition of Richard Westenberg taken on May 31, 2012<br>* This exhibit is being filed under seal pursuant to ¶ 7 of the Stipulated Confidentiality Protective Order (Dkt No. 23) because it contains material designated confidential. |
| 59 | Deposition of Andrew Yearley taken on September 12, 2012<br>* This exhibit is being filed under seal pursuant to ¶ 7 of the Stipulated Confidentiality Protective Order (Dkt No. 23) because it contains material designated confidential. |
| 60 | Excerpt of Delphi's (A) Supplement To Motion For Order (I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date To Consider Modifications To Confirmed First Amended Plan Of Reorganization And (B) Request To Set Administrative Expense Claims Bar Date And Alternative Sale Hearing Date in the matter *In re Delphi Corporation et al.*, Case No. 05-44481. |

| EXHIBIT | DESCRIPTION |
|---|---|
| 61 | Affidavit of Frederick A. Henderson Pursuant to Local Bankruptcy Rule 1007-2 (without exhibits) in the matter *In re General Motors Corp. et al.*, Case No. 09-50026. |