# **Exhibit 55**

This exhibit is being filed under seal pursuant to paragraph 7 of the Stipulated Confidentiality Protective Order (Dkt No. 23) because it contains confidential material.