UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

International Union, United
Automobile, Aerospace and
Agricultural Implement Workers
of America, UAW,

                        Plaintiff(s),

v.                                       Case No. 2:10–cv–11366–AC–MJH
                                       Hon. Avern Cohn

General Motors LLC,

                        Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 225.  The following motion(s) are *rescheduled* for hearing:

        Motion for Summary Judgment – #33
        Motion for Summary Judgment – #43

- MOTION HEARING:  April 3, 2013 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/S. Chami
                                                      Case Manager

Dated:  March 7, 2013