UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL WORKERS OF
AMERICA,

Case No. 10-11366

HONORABLE AVERN COHN

    Plaintiff,

v.

GENERAL MOTORS, LLC,

    Defendant.
_____/

## JUDGMENT

For the reasons stated in the Decision and Order entered on December 10, 2013, Plaintiff's Motion for Summary Judgment is Denied; Defendant's Motion for Summary Judgment is Granted. CASE DISMISSED.

DAVID WEAVER

Dated: December 10, 2013

By: s/ Carol J Bethel
Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 10, 2013, by electronic and/or ordinary mail.

s/Carol J Bethel
Case Manager, (313) 234-5160