IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>GENERAL MOTORS LLC,<br><br>             Defendant. | 2:10-cv-11366-AC-MJH<br><br><br>**Honorable Avern Cohn**<br>**Magistrate Judge Michael Hluchaniuk** |

## NOTICE OF APPEAL

Notice is hereby given that the International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment [Doc #65] entered in this action on the 10th day of December, 2013.

                                                              Respectfully submitted,

                                                              /s/ ANDREW D. ROTH
Jeffrey D. Sodko (P65076)                 Andrew D. Roth (DC Bar 414038)
jsodko@uaw.net                            aroth@bredhoff.com
Associate General Counsel,                Ramya Ravindran (DC Bar 980728)
International Union, UAW                  rravindran@bredhoff.com
8000 East Jefferson Avenue                W. Gary Kohlman (DC Bar 177527)
Detroit, Michigan 48214                   gkohlman@bredhoff.com
Telephone: (313) 926-5216                 BREDHOFF & KAISER, PLLC
Facsimile: (313) 926-5240                 805 Fifteenth Street, N.W., Suite 1000
                                          Washington, D.C. 20005
                                          Telephone: (202) 842-2600
                                          Facsimile: (202) 841-1888

Dated:   January 6, 2014                  *Counsel for Plaintiff UAW*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2014, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Robert S. Walker
Email: rswalker@jonesday.com
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114-1190

Johanna F. Parker
Email: jfparker@jonesday.com
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, OH 44114-1190

Edward W. Risko
Email: edward.w.risko@gm.com
General Motors Corporation
Legal Staff
300 Renaissance Center
Suite MC 482-C24-C66
Detroit, MI 48265-3000

/s/ ANDREW D. ROTH
Andrew D. Roth (DC Bar 414038)
**Bredhoff & Kaiser, PLLC**
805 Fifteenth Street, N.W., Suite 1000
Washington, DC 20005
(202) 842-2600
Email: aroth@bredhoff.com