UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


International Union, United
Automobile, Aerospace and
Agricultural Implement Workers
of America, UAW,

           Plaintiff(s),

v.                                             Case No. 2:10–cv–11366–AC–MJH
                                               Hon. Avern Cohn

General Motors LLC,

           Defendant(s).

_____


**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

          United States Court of Appeals for the Sixth Circuit
          Potter Stewart U.S. Courthouse
          100 East Fifth Street, Fifth Floor
          Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on January 8, 2014.


                    DAVID J. WEAVER, CLERK OF COURT


                    By: s/ T McGovern_____
                        Deputy Clerk


Dated:   January 8, 2014