# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 5, 2015

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 14-1019, *UAW v. General Motors LLC*
Originating Case No. : 2:10-cv-11366

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Jeanine R. Hance
Case Manager
Direct Dial No. 513-564-7037

cc: Mr. Corey D. Clay
    Mr. Shay Dvoretzky
    Ms. Johanna Fabrizio Parker
    Ms. Ramya Ravindran
    Mr. Andrew Dean Roth
    Mr. Robert Stanley Walker

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 14-1019

_____

Filed: June 5, 2015

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW

      Plaintiff - Appellant

v.

GENERAL MOTORS, LLC

      Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 05/14/2015 the mandate for this case hereby issues today.

COSTS: None